**Order entered February 4, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-20-01013-CV

**CHRISTOPHER GRAHAM, Appellant**

**V.**

**DARLA COMPTON, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-05792-C**

### ORDER

The reporter's record in this appeal is overdue. Accordingly, we **ORDER** Janet E. Wright, Official Court Reporter for County Court at Law No. 3, to file, **no later than February 19, 2021,** either the reporter's record or written verification no record exists or appellant has not requested the record. As the clerk's record reflects appellant filed a statement of inability to pay costs and nothing in the record reflects the court ordered appellant to pay costs, any record shall be filed without payment of the reporter's fee. *See* TEX. R. CIV. P. 145(a). *We caution*

*appellant that the appeal may be submitted without the reporter's record should the Court receive verification appellant has not requested the record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Sally Montgomery, Presiding Judge of County Court at Law No. 3; Ms. Wright; and, the parties.

/s/     CRAIG SMITH
        JUSTICE